UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-20518-CIV-GOLD/McALILEY

PATRICIA MELLO AZEVEDO,

        Plaintiff,

v.

CARNIVAL CORP.,

        Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; VACATING ORDER OF REFERRAL; SETTING ORAL ARGUMENT ON MOTION TO COMPEL

THIS CAUSE is before the Court on Plaintiff's Motion for Extension of Time to File Reply in Support of Motion to Remand and Request for Attorney's Fees and Costs [DE 23]. Defendant does not oppose the request. In addition, in reviewing the Motion to Remand and related pleadings, I have determined that the issues raised in Defendant's Motion to Compel Arbitration are so intertwined with those raised in Plaintiff's Motion for remand that the Court will consider both matters at the same time.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Plaintiff's Motion for Extension of Time [DE 23] is GRANTED.

2. Plaintiff must file her reply in support of the motion for to remand on or before May 27, 2008.

3. The Order referring Defendant's Motion to Compel Arbitration to the Magistrate Judge [DE 4] is VACATED.

4. Defendant's Motion to Compel Arbitration will be heard during the previously scheduled hearing on Plaintiff's Motion to Remand, which has been set before the Honorable Alan S. Gold, at the United States District Court, Courtroom 11-1, Eleventh Floor, 400 North Miami Avenue, Miami, Florida, on Friday, June 6, 2008 at 9:00 a.m. The Court has set aside one hour for

this hearing.

DONE AND ORDERED in chambers at Miami, Florida, this 28 day of May, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record